# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-12237 BL |
| **Case Name:** | STRICKLAND, RUTH M. |
| | |
| **Taxpayer ID #:** | 13-7505030 |
| **Period Ending:** | 04/30/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-******16-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/13/06 | | Chiicago Title & Trust | Closing of sale of 230 First Street, Manhattan | | | 51,378.12 | | 51,378.12 |
| | {1} | | Gross sales proceeds | 239,000.00 | 1110-000 | | | 51,378.12 |
| | | | Payment of mortgage | -158,731.89 | 4110-000 | | | 51,378.12 |
| | | | survey | -507.15 | 2500-000 | | | 51,378.12 |
| | | | Real estate commission | -14,340.00 | 3510-000 | | | 51,378.12 |
| | | | Termite inspection | -65.00 | 2500-000 | | | 51,378.12 |
| | | | Water bill | -426.25 | 2500-000 | | | 51,378.12 |
| | | | Title insurance | -980.00 | 2500-000 | | | 51,378.12 |
| | | | County and state tax stamps | -358.00 | 2500-000 | | | 51,378.12 |
| | | | Title fees | -81.00 | 2820-000 | | | 51,378.12 |
| | | | Payment of real estate taxes | -12,097.09 | 2820-000 | | | 51,378.12 |
| | | | Recording fees | -35.50 | 2500-000 | | | 51,378.12 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 16.75 | | 51,394.87 |
| 04/22/06 | 1001 | Klein, Stoddard, Buck , Waller & Lewis L.L.C. | Payment of attorney fee pursuant to court order Stopped on 04/22/06 | | 3210-600 | | 3,103.39 | 48,291.48 |
| 04/22/06 | 1001 | Klein, Stoddard, Buck , Waller & Lewis L.L.C. | Payment of attorney fee pursuant to court order Stopped on: check issued on 04/22/06 | | 3210-600 | | -3,103.39 | 51,394.87 |
| 04/22/06 | 1002 | Klein, Stoddard, Buck Waller & Lewis LLC | Payment of attorney fee pursuant  to court order Stopped on 04/22/06 | | 3210-600 | | 3,103.39 | 48,291.48 |
| 04/22/06 | 1002 | Klein, Stoddard, Buck Waller & Lewis LLC | Payment of attorney fee pursuant  to court order | | 3210-600 | | -3,103.39 | 51,394.87 |

Subtotals :   $51,394.87   $0.00

{} Asset reference(s)

Exhibt C

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-12237 BL |
| Case Name: | STRICKLAND, RUTH M. |
| Taxpayer ID #: | 13-7505030 |
| Period Ending: | 04/30/08 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****16-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 04/22/06 | | | | |
| 04/22/06 | 1003 | Klein, Stoddard, Buck, Waller, & Lewis LLC | Payment of attorney fee pursuant to court order | 3210-600 | | 3,103.39 | 48,291.48 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.26 | | 48,323.74 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.84 | | 48,356.58 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.81 | | 48,388.39 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.89 | | 48,421.28 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.91 | | 48,454.19 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.79 | | 48,484.98 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.99 | | 48,518.97 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.89 | | 48,550.86 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 30.84 | | 48,581.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 32.39 | | 48,614.09 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.22 | | 48,638.31 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.97 | | 48,664.28 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.85 | | 48,691.13 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.86 | | 48,717.99 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.14 | | 48,743.13 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.76 | | 48,770.89 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.91 | | 48,797.80 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.32 | | 48,822.12 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.67 | | 48,850.79 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 25.41 | | 48,876.20 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 24.89 | | 48,901.09 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 22.36 | | 48,923.45 |
| | | | Subtotals : | | $631.97 | $3,103.39 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-12237 BL |
| **Case Name:** | STRICKLAND, RUTH M. |
| **Taxpayer ID #:** | 13-7505030 |
| **Period Ending:** | 04/30/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****16-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.03 | | 48,933.48 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.08 | | 48,942.56 |
| | | | **ACCOUNT TOTALS** | | 52,045.95 | 3,103.39 | **$48,942.56** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,045.95 | 3,103.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,045.95** | **$3,103.39** | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-12237 BL |
| **Case Name:** | STRICKLAND, RUTH M. |
| **Taxpayer ID #:** | 13-7505030 |
| **Period Ending:** | 04/30/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****16-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****16-65** | 52,045.95 | 3,103.39 | 48,942.56 |
| **Checking # ***-*****16-66** | 0.00 | 0.00 | 0.00 |
| | $52,045.95 | $3,103.39 | $48,942.56 |

{} Asset reference(s)