UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 Case |
| Ruth M. Strickland, ) | |
| ) | Case No.  05 B 12237 |
| Debtor ) | |
| ) | Judge Bruce W. Black |

## NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT

To:   **Michael Berland, Esq.**
      One North La Salle Street
      Suite 1775
      Chicago, Il 60602
      **einstein829@earthlink.net**

**Please Take Notice** that on May 1, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

## REQUEST FOR NOTICE

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's Final Report.

                                    WILLIAM T. NEARY
                                    UNITED STATES TRUSTEE

Dated:   May 1, 2008          BY   /s/ Dean Harvalis
                                         Assistant United States Trustee
                                         Attorney Id.#03126564
                                         Office of the U.S. Trustee
                                         219 S. Dearborn, Room 873
                                         Chicago, Illinois 60606
                                         (312) 886-5785