**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>STRICKLAND, RUTH M.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-12237 BL<br><br>JUDGE Bruce W. Black (Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St., Courtroom 201
    Joliet, Illinois 60432

    on: **July 25, 2008**
    at: 9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                 $     239,601.47

    b. Disbursements                            $     190,725.27

    c. Net Cash Available for                   $      48,876.20
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $76.80 |
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $15,230.07 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $23,381.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | MBNA America NA | $ 23,381.66 | $ 23,381.66 |
| 1I | MBNA America NA | $ 2,363.79 | $ 2,363.79 |
| 3 | James M. Brady Ltd. | $ 3,679.00 | $ 3,679.00 |
| 3I | James M. Brady Ltd. | $ 371.93 | $ 371.93 |
| SURPLUS | STRICKLAND, RUTH M. | $ 3,772.95 | $ 3,772.95 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by

      the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing:

Dated: June 24, 2008               For the Court,

                                              **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the U.S. Bankruptcy Court
                                              219 S. Dearborn Street; 7th Floor
                                              Chicago, IL 60604

Trustee:    MICHAEL G. BERLAND
Address:    1 NORTH LASALLE STREET
                STE 1775
                CHICAGO, IL 60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jun 24, 2008
Case: 05-12237                Form ID: pdf002          Total Served: 10

The following entities were served by first class mail on Jun 26, 2008.
db         +Ruth M. Strickland,   P.O. Box 337,   Manhattan, IL 60442-0337
aty        +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
tr         +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
9120684    +Bank America,   PO Box 7047,   Dover, DE 19903-7047
9120685     First National Bank of Manhattan,   State St.,   Manhattan, IL 60442
9120686    +First National Bank of Manhattan,   230 State St.,   P.O. Box 85,   Manhattan, IL 60442-0085
9120687    +HSBC/Best Buy,   1405 Foulk Rd.,   Wilmington, DE 19803-2769
10593346   +James M. Brady Ltd.,   1403 Essington Road # 400,   Joliet IL 60435-2826
9120688    +MBNA America,   PO Box 15026,   Wilmington, DE 19850-5026
9870841    +MBNA America NA,   PO Box 15168 MS 1423,   Wilmington, DE 19850-5168

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2008**          **Signature:** *Joseph Speetjens*